UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00251-PMP-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| JEROME WILLIAMS, ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Jerome Williams' Motion Requesting a Second 28 U.S.C. § 2255 Petition (Doc. #130) filed December 30, 2013.

On February 23, 2014, Plaintiff United States filed a Response (Doc. #133) in opposition to Defendant's motion.  Therein, the Government contends first that Defendant Williams' motion to vacate is untimely.  Second, the Government argues that Defendant's motion should be denied on the merits.  Before ruling on the question of timeliness of Defendant's motion to vacate, the Court deems it appropriate to permit Defendant Williams to respond to the Government's argument in this regard.

**IT IS THEREFORE ORDERED** that Defendant Jerome Williams shall have to and including **April 30, 2014** within which to respond to the Government's argument that Defendant's Motion to Vacate (Doc. #130) is untimely.

DATED: March 31, 2014.

_____
PHILIP M. PRO
United States District Judge